## STATE OF CONNECTICUT *v.* JAMES DAVIS (11824)

O'CONNELL, LAVERY and SCHALLER, Js.

Argued December 2—decision released December 21, 1993

*John L. Stawicki,* special public defender, for the appellant (defendant).

*David J. Sheldon,* deputy assistant state's attorney, with whom, on the brief, were *John M. Bailey,* chief state's attorney, *Warren Maxwell,* senior assistant state's attorney, and *Joan Alexander,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.